## Gary MOORE, Appellant,

v.

## RAIL LOGISTICS, INC. and Division of Employment Security, Respondents.

### No. ED 102618

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: October 6, 2015

Gary Moore, Acting Pro Se, P.O. Box 212, Florissant, MO 63024, for Appellant.

Bart A. Matanic, Dept. of Labor & Industrial Relations, Division of Employment Security, 421 East Dunklin St., P.O. Box 59, Jefferson City, MO 65204, Rail Logistics, Inc., Acting Pro Se, 32861 Pin Oak Parkway, Ste. D, Avon Lake, OH 44012, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

PER CURIAM.

### ORDER

Gary Moore ("Appellant") appeals the decision of the Labor and Industrial Relations Commission ("the Commission")

dismissing his claim for unemployment benefits. The Commission affirmed the decision of the Division of Employment Security's Appeals Tribunal dismissing Appellant's appeal for failing to appear. We find the Commission did not err in affirming the Appeals Tribunal's decision.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The decision of the Commission is affirmed under Rule 84.16(b).